UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|          Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. |
| | ) | |
| MARCOS CARNEIRO | ) | 05-mc-10319 RGS |
| | ) | |
|          Respondent | ) | |

## DECLARATION OF REVENUE OFFICER

I, Donald Mavrides, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 118 Turnpike Road, Suite 100 Southborough, MA 01772. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Marcos Carneiro for the period(s) ending December 31, 2000, December 31, 2002, December 31, 2003 and December 31, 2004.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on April 29, 2005, an administrative summons to Marcos Carneiro to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4. In accordance with 26 U.S.C. § 7603, on April 29, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent Marcos Carneiro, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5.    On May 18, 2005, Marcos Carneiro failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6.    The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7.    All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.    It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Marcos Carneiro for the period(s) ending December 31, 2000, December 31, 2002, December 31, 2003 and December 31, 2004.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __29__ day of __June__, 200_5_

_Donald Mavrides_
Donald Mavrides
Revenue Officer