**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. |
| | ) | 05-MC-10319 RGS |
| MARCOS CARNEIRO | ) | |
| | ) | |
| Respondent | ) | |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Donald Mavrides, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _21_ in the United States Courthouse in _Boston_ on the _22nd_ day of _November_, 2005, at _3:15 p._M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on April 29, 2005. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Marcos Carneiro on or before
_October 10,_ , 2005.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_ , Massachusetts on this _25th_ day of _August_ , 2005.

_Richard D. Stearns_
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES MAGISTRATE JUDGE