UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner, | ) ) ) ) | |
| v. | ) ) ) | M.B.D. No. 05-10319-RGS |
| MARCOS CARNEIRO,<br>Respondent. | ) ) ) ) | |

## ORDER ENFORCING INTERNAL
## REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before

United States District Chief Judge Richard G. Stearns for hearing on November 22, 2005

and the respondent, Marcos Carneiro, not having shown any cause why he should not

obey the Summons issued to him on April 29, 2005:

IT IS ORDERED that Marcos Carneiro obey the Summons and appear (with the

documents described in the Summons) before Revenue Officer David Mavrides or any

other officer of the Internal Revenue Service authorized to examine the records and take

his testimony on or before _December 21_, 2005 at _10:00_ AM at the

office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough,

MA 01772, Tel. #(508) 481-3241. Failure to comply with this Order shall make the

respondent liable for a finding of contempt of court.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT CHIEF JUDGE

Dated: November 22, 2005